

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00210-CR

_____

MARCY LENA MEJIA, Appellant

V.

STATE OF TEXAS, Appellee

_____

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CR-12-24506

_____

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Marcy Lena Mejia has filed four appeals from separate convictions. The convictions stemmed from her plea of guilty pursuant to a plea agreement. In this particular case, pursuant to the agreement, Mejia was sentenced to ten years' confinement, probated for five years. We contacted the parties in reference to apparent jurisdictional defects and have received and considered their responses on this issue. The procedural posture of this case is identical to that discussed in our opinion of this date in *Marcy Lena Mejia v. The State of Texas*, 06-12-00208-CR. We addressed the jurisdictional issue in detail in that opinion, and, for the reasons stated therein, we likewise conclude that we have no jurisdiction over this appeal.

We dismiss the appeal for want of jurisdiction.

Josh R. Morriss, III
Chief Justice

Date Submitted:     May 16, 2013
Date Decided:       May 17, 2013

Do Not Publish